IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHERY MARTZ, | : | Civil No. 3:19-cv-1964 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| VINEY, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 9th day of November, 2020, upon consideration of Defendants' motion (Doc. 12) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 12) is **GRANTED**. The Complaint is **DISMISSED**.

2. On or before November 23, 2020, Plaintiff shall file a proposed amended complaint for the Court's review. Failure to timely file a proposed amended complaint will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge